# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Dheeraj K. Singhal** | Atty Name (if applicable): | **Dheeraj K. Singhal** |
| Street Address: | **30 N. Raymond Ave. Suite 801 Pasadena, CA 91103** | CA Bar No. (if applicable): | **217299** |
| Filer's Telephone No.: | **(626) 689-2407** | Atty Fax No. (if applicable): | **(626) 689-2205** |

| | |
|---|---|
| In re: | Case No. **2:12-bk-16592-SK** |
| **Joseph David Vidal** | Chapter **13** |
| **Ludivina Villegas** | |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes   ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☒ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☒ J

☐ Statement of Social Security Number(s)       ☐ Statement of Financial Affairs
☐ Statement of Intention                       ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Joseph David Vidal and Ludivina Villegas**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:   **May 9, 2012**

**/s/ Joseph David Vidal**
**Joseph David Vidal**
*Debtor Signature*

**/s/ Ludivina Villegas**
**Ludivina Villegas**
*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

B6D (Official Form 6D) (12/07)

In re  **Joseph David Vidal,**         Case No. **2:12-bk-16592-SK**
     **Ludivina Villegas**
_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1399** <br><br> **Am Honda Fin** <br> **6261 Katella Ave Ste 1a** <br> **Cypress, CA 90630** | | H | Opened 3/22/11 Last Active 1/16/12 <br> Purchase Money Security <br> 2011 Honda Accord (Still Leasing) <br><br> Value $  **11,000.00** | | | | **11,365.00** | **365.00** |
| Account No. **xxxxx6899** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | C | Opened 2/01/10 Last Active 1/31/12 <br> First Mortgage <br> 431 N. Milton Drive, <br> San Gabriel, CA 91775 <br><br> Value $  **564,000.00** | | | | **503,797.00** | **0.00** |
| Account No. **xxxxxxxxxxxx1394** <br><br> **Expo/cbsd** <br> **Citicards Private Label-Bankruptcy** <br> **Po Box 20483** <br> **Kansas City, MO 64195** | | C | Opened 4/01/04 Last Active 12/02/09 <br> Judgment Lien <br> 431 N. Milton Drive, <br> San Gabriel, CA 91775 <br><br> Value $  **564,000.00** | | | | **63,359.00** | **63,359.00** |
| Account No. **xxxxxx5858** <br><br> **Hyundai Motor Finance** <br> **Attn: Bankruptcy** <br> **Po Box 20809** <br> **Fountain Valley, CA 92728** | | C | Opened 2/01/10 Last Active 12/06/11 <br> Purchase Money Security <br> 2010 Hyundai Genesis (Still Leasing) <br><br> Value $  **16,954.00** | | | | **6,468.00** | **0.00** |
| **1** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **584,989.00** | **63,724.00** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Joseph David Vidal,**      Case No. **2:12-bk-16592-SK**
      **Ludivina Villegas**
_____,
                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**VW Credit, Inc.**<br>**9441 LBJ Freeway, Suite 350**<br>**Dallas, TX 75243** | | C | **Purchase Money Security**<br><br>**2010 Volkswagon CC (Still Financing, Debtor is co-signer)**<br><br>Value $     **20,510.05** | | | | **20,510.05** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to            Subtotal      **20,510.05**      **0.00**
Schedule of Creditors Holding Secured Claims              (Total of this page)

                                                                                                Total      **605,499.05**      **63,724.00**
                                                                   (Report on Summary of Schedules)

**B6J (Official Form 6J) (12/07)**

In re   **Joseph David Vidal**
         **Ludivina Villegas**                                                                    Case No.   **2:12-bk-16592-SK**
                                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 4,654.00 |
| a. Are real estate taxes included? | Yes **X**    No ___ | |
| b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 210.00 |
| b. Water and sewer | | $ 145.00 |
| c. Telephone | | $ 75.00 |
| d. Other **See Detailed Expense Attachment** | | $ 400.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 75.00 |
| 4. Food | | $ 850.00 |
| 5. Clothing | | $ 65.00 |
| 6. Laundry and dry cleaning | | $ 138.00 |
| 7. Medical and dental expenses | | $ 60.00 |
| 8. Transportation (not including car payments) | | $ 525.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 125.00 |
| 10. Charitable contributions | | $ 65.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 100.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 275.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 500.00 |
| b. Other **2nd Lease** | | $ 440.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 850.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Toiletries** | | $ 200.00 |
| Other **Personal Contingencies** | | $ 200.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 9,952.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 11,502.18 |
| b. | Average monthly expenses from Line 18 above | $ 9,952.00 |
| c. | Monthly net income (a. minus b.) | $ 1,550.18 |

**B6J (Official Form 6J) (12/07)**

In re    **Joseph David Vidal / Ludivina Villegas**      Case No. **2:12-bk-16592-SK**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cellphones** | $ **215.00** |
| **Internet** | $ **75.00** |
| **Cable TV** | $ **110.00** |
| **Total Other Utility Expenditures** | $ **400.00** |

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

| | |
|---|---|
| DATED: **May 9, 2012** | **Dheeraj K. Singhal** |
| | Print or Type Name |
| | |
| | **/s/ Dheeraj K. Singhal** |
| | *Signature* |

Joseph David Vidal
431 N. Milton Drive
San Gabriel, CA 91775

Ludivina Villegas
431 N. Milton Drive
San Gabriel, CA 91775

Dheeraj K. Singhal
DCDM Law Group, PC
30 N. Raymond Ave.
Suite 801
Pasadena, CA 91103

Am Honda Fin
6261 Katella Ave Ste 1a
Cypress, CA 90630

Am Honda Fin
6261 Katella Ave Ste 1a
Cypress, CA 90630

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

California EDD
Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

California Franchise Tax Board
Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Dsnb Bloom
Macy's Bankruptcy Dept.
9111 Duke Blvd.
Mason, OH 45040

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Expo/cbsd
Citicards Private Label-Bankruptcy
Po Box 20483
Kansas City, MO 64195

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Hsbc/bstby
Po Box 5253
Carol Stream, IL 60197

B-1008 *Revised November 2003*

| | | |
|---|---|---|
| Hsbc/saks<br>140 W Industrial Dr<br>Elmhurst, IL 60126 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain Valley, CA 92728 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain Valley, CA 92728 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nordstrom FSB<br>Attention:  Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155 | Nordstrom FSB<br>Recovery/  Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155 |
| Volkswagon Credit Inc<br>Attention Bankruptcy<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | Volkswagon Credit Inc<br>Attention Bankruptcy<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | Volkswagon Credit Inc<br>Attention Bankruptcy<br>1401 Franklin Blvd<br>Libertyville, IL 60048 |
| VW Credit, Inc.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | | |