| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Dheeraj K. Singhal**<br>**30 N. Raymond Ave.**<br>**Suite 801**<br>**Pasadena, CA 91103**<br>**(626) 689-2407  Fax:  (626) 689-2205**<br>**dksinghal@dcdmlawgroup.com**<br>California State Bar Number: **217299**<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | **FILED & ENTERED**<br><br>**AUG 13 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle        DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Joseph David Vidal**<br>**Ludivina Villegas**<br><br>                    Debtor(s). | CASE NO.: **2:12-bk-16592-SK**<br>CHAPTER: **13**<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |

**Creditor Name:**   Expo/cbsd ("Citibank")
*(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid liens on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**

   a. ☒ No hearing is required: Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.

   b. ☐ A timely objection was received and a hearing was held as follows:

      (1) Date: _____    (2) Time: _____    (3) Courtroom: _____    (4) Judge: _____

      (5) The matter was:  ☐ Contested  ☐ Uncontested  ☐ Settled by Stipulation  ☐ Not Prosecuted

      (6) ☐ Debtor(s) present in court *(Name)*: _____

      (7) ☐ Attorney for Debtor(s) present in court *(Name)*: _____

      (8) ☐ Attorney for Lienholder present in court *(Name)*: _____

      (9) ☐ Other parties present as reflected in the court record: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 1                                    **F 4003-2.1.ORDER.RP**

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: __431 N. Milton Drive, San Gabriel, CA 91775__

   b. Legal Description *(specify)*: **that certain real property situated in the County of Los Angeles, State of California, described as follows: lot 149 of Tract No. 7482, in the City of San Gabriel, in the County of Los Angeles, State of California, as per map recorded in Book 83 Page(s) 27 to 29 inclusive of Maps, in the Office of the County Recorder of said County. Except therefrom all water in or under said lands in excess of such water as may be produced for use upon the said land, as granted to the City of South Pasadena, by deed recorded in Book 2354 Page 261, Official Records.**  ☐ See Attached Page

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien *(specify)*: ____**December 15, 2011**____

   b. Recorder's instrument number or map/book/page number *(specify)*: ____**20111699830**____

5. ☒ Motion granted:

   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is hereby declared void and unenforceable:

      (1) ☒ In its entirety

      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:        ☐ With Prejudice        ☐ Without Prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Other *(specify)*:_____

7. ☐ The court further orders as follows *(specify)*:        ☐ See attached page

DATED: August 13, 2012

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                         Page 2                                         **F 4003-2.1.ORDER.RP**

| In re:<br>**Joseph David Vidal**<br>**Ludivina Villegas**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:12-bk-16592-SK** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**30 N. Raymond Ave.**
**Suite 801**
**Pasadena, CA 91103**

A true and correct copy of the foregoing document entitled (*specify*):  **PROPOSED ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**      will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **08/13/2012**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   **Honorable Sandra R. Klein**
   **255 E. Temple Street, Suite 1582 / Courtroom 1575**
   **Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 13, 2012** | **Dheeraj K. Singhal 217299** | **/s/ Dheeraj K. Singhal** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 3                                    **F 4003-2.1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  **08/13/2012** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    Chapter 13 Trustee: Kathy A Dockery (TR) / efiling@CH13LA.com
    HSBC Bank Nevada, N.A.: Patti H Bass / ecf@bass-associates.com
    Debtor's Attorney: Dheeraj K Singhal / dksinghal@dcdmlawgroup.com
    United States Trustee (LA) / ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtors
Vidal, Joseph David & Villegas, Ludivina
431 N. Milton Drive
San Gabriel, CA 91775

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 4    **F 4003-2.1.ORDER.RP**

**III. TO BE SERVED BY THE LODGING PARTY:**

William J. Mills
CEO, Citibank, N.A.
701 East 60th Street North
Sioux Falls, South Dakota 57104

Janalie Henriques. Esq.
151 Bemal Road Suite 8
San Jose CA 95119-1306

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4003-2.1.ORDER.RP**