DHEERAJ K. SINGHAL (SBN 217299)
**DCDM LAW GROUP, PC**
30 N. RAYMOND AVE., SUITE 801
PASADENA, CALIFORNIA 91103
TELEPHONE:  (626) 689-2407
FACSIMILE:   (626) 689-2205
Email:dksinghal@dcdmlawgroup.com

Attorneys for Debtors
JOSEPH DAVID VIDAL and
LUDIVINA VILLEGAS

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.  2:12-bk-16592-SK |
| | Chapter 13 |
| JOSEPH DAVID VIDAL and LUDIVINA VILLEGAS, | **NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER APPROVING SUPPLEMENTAL ATTORNEYS' FEES; DECLARATIONS OF JOSEPH DAVID VIDAL, LUDIVINA VILLEGAS AND DHEERAJ SINGHAL IN SUPPORT THEREOF; TRUSTEE'S RECOMMENDATION FORM.** |
| Debtors. | |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE SANDRA R. KLEIN, THE TRUSTEE AND ALL PARTIES AT INTEREST:**

**NOTICE IS HEREBY GIVEN** that Debtors Joseph David Vidal and Ludivina Villegas ("Debtors") by and through their attorney request an Order be granted approving the request of DCDM Law Group, PC ("DCDM") for supplemental attorneys' fees incurred in the representation of the Debtors in this proceeding.

-1-

NOTICE OF APPLICATION FOR
SUPPLEMENTAL FEES

1
2     The Motion is based upon this Notice, the Application, the Declarations of Joseph David
3  Vidal, Ludivina Villegas and the Declaration of Dheeraj K. Singhal, and such additional matters as
4  may be considered by the Court if a hearing is required on the Motion.
5     Please take notice that, pursuant to Local Bankruptcy Rule 9013-1(o) this matter may be
6  determined upon notice of opportunity to request a hearing. Further, under Local Bankruptcy Rule
7  9013-1(o)(1), any response and request for hearing must be filed with the court and served on the
8  movant and the United States trustee within 14 days from the date of service of the notice. If you fail
9  to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the
10 motion and may grant the motion without further hearing or notice.
11    Pursuant to Local Bankruptcy Rule 9013-1, any response not timely filed and served may be
12 deemed by the Court to be consent to the granting or the relief requested by the Motion.
13
14  Dated: December 12, 2012                    DCDM LAW GROUP, PC
15
16                                              By:   /s/ Dheeraj K. Singhal
17                                                 Dheeraj K. Singhal
                                                   Attorneys for Debtors
18                                                 JOSEPH DAVID VIDAL and
                                                   LUDIVINA VILLEGAS
19
20
21
22
23
24
25
26
27
28

-2-                    NOTICE OF APPLICATION FOR
                                                                    SUPPLEMENTAL FEES

## APPLICATION FOR SUPPLEMENTAL ATTORNEYS' FEES AND COSTS

Applicant is counsel of record for the above-named Debtors, who's Chapter 13 Plan was confirmed on September 28, 2012. [Docket No. 46]. Pursuant to the Confirmation Order, the Court awarded fees to DCDM in the amount of $4,000.00, of which $4,000.00 has been paid to DCDM. Since confirmation of the Debtors' Plan, DCDM has performed the following services above and beyond the scope of services covered by the Rights and Responsibilities Agreement that the Debtors and DCDM signed: Motion to Avoid Lien Under 11 U.S.C. § 522(f) on the real property located at 431 North Milton Drive, San Gabriel, CA 91775. See Exhibits "B" for detailed billing statement of fees and costs. DCDM has not received any fees from the Debtors with regard to these additional services.

The reasonable value of said services is $2,377.50 for attorneys' fees + $91.65 in out of pocket costs. Of that total amount, $0.00 has been paid.

WHEREFORE, your Applicant prays that an allowance be made in the sum of $2,469.15.

Dated: December 12, 2012                    DCDM LAW GROUP, PC

                                                      By:    /s/ Dheeraj K. Singhal
                                                     Dheeraj K. Singhal
                                                     Attorneys for Debtors
                                                     JOSEPH DAVID VIDAL and
                                                     LUDIVINA VILLEGAS

APPLICATION FOR SUPPLEMENTAL
                                                                             ATTORNEYS' FEES

1
2

**CHAPTER 13 TRUSTEE'S RECOMMENDATIONS**

3
4

The undersigned Chapter 13 Trustee, having reviewed the foregoing Application for Supplemental Fees, recommends:

5
6
7

☐ RECOMMENDED
☐ NO POSITION TAKEN BY THE TRUSTEE
☐ NOT RECOMMENDED FOR THE FOLLOWING REASONS:

8
9
10
11
12
13

_____
_____
_____
_____
_____
_____

14

☐ SET FOR HEARING

15
16

Dated: _____

17
18

_____
CHAPTER 13 TRUSTEE

19
20
21
22
23
24
25
26
27
28

-1-    CHAPTER 13 TRUSTEE
RECOMMENDATIONS

# DECLARATIONS OF JOSEPH DAVID VIDAL AND LUDIVINA VILLEGAS

I, Joseph David Vidal and Ludivina Villegas, declare as follows:

1. We are the debtors in the above referenced bankruptcy case ("Debtors"). Except as to matters stated to be based upon information and belief, the facts set forth in this declaration are personally known to me to be true and if called upon to do so, we could and would testify competently thereto.

2. We employed DCDM Law Group, PC and Dheeraj K. Singhal ("Applicant") to serve as counsel for my Chapter 13 bankruptcy. We retained Applicant to perform the following reasonable and necessary services in the instant bankruptcy proceeding: Motion to Avoid Lien.

3. We have reviewed the supplemental fee application and have no objection to the fees, costs, or any other aspects of the application.

We declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 12, 2012, in San Gabriel, California.

/s/ Joseph David Vidal
JOSEPH DAVID VIDAL


/s/ Ludivina Villegas
LUDIVINA VILLEGAS

-1-    DECLARATION OF DEBTORS

# DECLARATION OF DHEERAJ K. SINGHAL

I, Dheeraj K. Singhal, declare as follows:

1. I am an attorney at law licensed to practice and practicing before this Court and the Courts of the State of California. Except as to matters stated to be based upon information and belief, the facts set forth in this declaration are personally known to me to be true and correct and if called upon to do so, I could and would testify competently thereto.

2. I am the attorney for the Debtors herein. I was retained by the Debtors to perform the following reasonable and necessary services in the instant bankruptcy proceeding: Motion to Avoid Lien Under 11 U.S.C. § 522(f) (Real Property) on the real property located at 431 North Milton Drive, San Gabriel, CA 91775.

3. I attended the UC Davis School of Law and UCLA for my undergraduate studies in Chemical Engineering. Upon graduating from law school, I worked for Squire, Sanders & Dempsey, LLP, as an associate in both the Los Angeles and Cleveland, Ohio offices. There, I worked on a broad array of litigation matters, including a number of bankruptcy matters. I worked on several large scale Chapter 7 and Chapter 11 proceedings, including the Enron bankruptcy and the Chapter 11 reorganizations for Kaiser and Amerco, Inc., the parent company for U-Haul International, Inc. As the principal of DCDM, I have filed over 100 cases in the Central District, including several Chapter 11 cases where I have been employed as counsel. I have been employed as debtor's counsel in the following Chapter 11 proceedings:

   a. *In re C.H. Stone Plumbing Co., Inc.*, Case No. 2:11-bk-61621-TD
   b. *In re John Willie Hall Jr. and Jethelyn Annette Hall*, Case No. 1:12-bk-10422-AA
   c. *In re Jennifer Marie Cayanan-Huang*, Case No. 2:12-bk-37358-RN.
   d. *In re Beachside Blue Café, Inc.*, Case No. 2:12-bk-43208-RK.
   e. *In re Januario Tamayo Atienza*, Case No. 2:12-bk-43949-BR
   f. *In re JLJ Eagle Rock LLC*, Case No. 2:12-bk-43954-BR
   g. *In re JLJ Properties LLC*, Case No. 2:12-bk-43956-BR

4. Attached hereto as Exhibit "A" is a true and correct copy of DCDM's professional resume.

5. I performed the following services in connection with the Motion to Avoid Lien attached hereto as Exhibit "B" is a true and correct copy of my fees and costs statement and business record, in which I record my time when I perform work for my client. To date, billable hours of attorney work are 7.30.

6. Based on 7.30 hours of attorney work in connection with the Notice of Motion and Motion to Avoid Lien the fees incurred are $2,377.50 and the costs incurred are $91.65. I am requesting a total of $2,469.15 to be approved in the instant Supplemental Fee Application. I have received $0.00 to date for these services.

7. My current billable rate is at $375.00 per hour, which rate is in line with other attorneys with similar experience and expertise in the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 12, 2012, in Pasadena, California.

          /s/ Dheeraj K. Singhal
          Dheeraj K. Singhal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

EXHIBITS

30 N. Raymond Ave, Suite 801 Pasadena, California 91103
Phone: (626) 689-2407 | Fax: (626) 689-2205 | www.dcdmlawgroup.com

# RESUME OF DCDM LAW GROUP, PC

**Dheeraj K. Singhal, Esq., Founder**

Dheeraj attended the UC Davis School of Law and UCLA for his undergraduate studies in Chemical Engineering. Upon graduating from law school, he began working for Squire, Sanders & Dempsey, LLP, where he was an associate in both the Los Angeles and Cleveland, Ohio offices. There, he worked on a broad array of litigation matters, including a number of bankruptcy matters. He had the opportunity to work on several large scale Chapter 7 and Chapter 11 proceedings, including the Enron bankruptcy and the Chapter 11 reorganizations for Kaiser and Amerco, Inc., the parent company for U-Haul International, Inc.

In his individual practice, he focuses on representing individual debtors and small companies in a variety of their bankruptcy and business litigation matters. He has been invited to speak on bankruptcy related topics at continuing legal education events. Dheeraj is a member of the California State Bar.

**Zachary I. Gonzalez, Senior Paralegal**

Zach supports the bankruptcy team on all Chapter 7, 11 and 13 bankruptcy proceedings – for both corporations and individuals. Zach aides in the preparation of bankruptcy petitions and schedules and handles a wide scope of responsibilities within the firm's growing caseload.

Zachary earned his undergraduate degree in political science at the California State University, Long Beach and his J.D. from the University of San Francisco, School of Law.

**Paige Knickerbocker, Paralegal**

Paige provides support to the bankruptcy team on all Chapter 7 and 13 bankruptcy proceedings – for individuals. Paige prepares bankruptcy petitions, schedules and coordinates with local trustees to provide supporting documents.

Paige earned her Associates degree at Chaffey College and her Certificate in Paralegal Studies, from Fullerton College.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

EXHIBITS

**DCDM LAW GROUP, PC**

*30 N. Raymond Avenue*
*Suite 801*
*Pasadena, CA 91103*

(626) 689-2407

Joe Vidal
431 No. Milton Drive
San Gabriel, CA   91775-2822

**Please include this page with your remittance.**

*Payments received after 12/12/2012 are <u>not</u> included on this statement.*

|  | Balance |
|---|---|
| Post Petition Motions | $2,469.15 |

| | |
|---|---|
| Amount Remitted | _____ |
| Check No. | _____ |
| Statement Date | 12/12/2012 |
| Account No. | 6017.20 |

## DCDM LAW GROUP, PC

*30 N. Raymond Avenue*
*Suite 801*
*Pasadena, CA 91103*

(626) 689-2407

Joe Vidal                                                          Statement Date: December 12, 2012
431 No. Milton Drive                                                    Statement No.            1
San Gabriel, CA   91775-2822                                            Account No.         6017.20
                                                                                    Page:   1

RE: Post Petition Motions

***Payments received after 12/12/2012 are <u>not</u> included on this statement.***

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 04/12/2012 | | | | |
| | DKS | Teleconference with Debtor re motion to avoid lien under 11 U.S.C. § 522(f) (real property), discuss probability of success, obtaining an appraisal and timeline for hearing (0.4); research judges rules regarding motion (0.1); research case law on motion (0.4). | 0.90 | 337.50 |
| 04/13/2012 | | | | |
| | DKS | Review deed of trust held by Bank of America (0.3); reviewed Notice of Involuntary Lien (0.2); and evaluate whether judgment lien can be removed (0.3). | 0.80 | 300.00 |
| 04/16/2012 | | | | |
| | DKS | Speak with Appraiser regarding fair market value of the property (0.4); draft motion to avoid lien based upon appraiser conversation and deed of trusts (0.7); draft declaration of debtor in support of motion and appraiser in support of motion (0.7). | 1.80 | 675.00 |
| 04/23/2012 | | | | |
| | DKS | Review Appraisal documents and finalize Appraiser's declaration. | 0.80 | 300.00 |
| 04/27/2012 | | | | |
| | ZIG | Research service address for executor officers of lien holders (0.2); obtain signatures from Debtors for declarations (0.2). | 0.40 | 60.00 |
| 05/09/2012 | | | | |
| | ZIG | Prepare final version of Notice of Motion and Motion to Avoid Lien, including verifying service list and addresses, assembling necessary documents for motion and file same. | 0.80 | 120.00 |
| 06/07/2012 | | | | |
| | DKS | Prepare Declaration Re Entry of Order Without Hearing and file same (0.2); draft Order granting motion and file same (0.2). | 0.40 | 150.00 |
| 07/11/2012 | | | | |
| | DKS | Revise Notice of Motion and Motion to Avoid Lien based upon the courts | | |

| | | | |
|---|---|---|---:|
| Joe Vidal | | Statement Date: | 12/12/2012 |
| Account No.    6017.20 | | Statement No. | 1 |
| RE:  Post Petition Motions | | Page No. | 2 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | ruling that additional parties in interest shall be served. | 0.60 | 225.00 |
| 07/19/2012 | ZIG | File Amended Notice of Motion and Motion to Avoid Lien. | 0.20 | 30.00 |
| 08/06/2012 | DKS | Prepare Declaration Re Entry of Order Without Hearing and file same (0.2); draft Order granting motion and file same (0.2). | 0.40 | 150.00 |
| 08/13/2012 | ZIG | Serve parties in interest regarding Order Granting Motion to Avoid Lien | 0.20 | 30.00 |
| | | For Current Services Rendered | 7.30 | 2,377.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Dheeraj K. Singhal | 5.70 | $375.00 | $2,137.50 |
| Zachary I. Gonzalez | 1.60 | 150.00 | 240.00 |

Expenses

| Date | Description | Amount |
|---|---|---:|
| 05/10/2012 | Photocopy charges - Notice of motion & motion to avoid lien. | 10.80 |
| 05/10/2012 | Postage - Motion to avoid lien. | 5.70 |
| 06/07/2012 | Photocopy charges - Order of motion to avoid lien. | 0.80 |
| 06/07/2012 | Photocopy charges - Declaration entry of order without hearing. | 6.30 |
| 06/07/2012 | Postage - Declaration entry of order without a hearing. | 4.60 |
| 07/19/2012 | Photocopy charges - Notice of motion to avoid lien. | 10.80 |
| 07/19/2012 | Postage - Notice of motion to avoid lien. | 12.80 |
| 07/19/2012 | Postage - Notice of motion to avoid lien. | 4.70 |
| 08/09/2012 | Photocopy charges - F4003-2.1 order. | 3.30 |
| 08/09/2012 | Postage - F4003-2.1 order. | 1.95 |
| 08/10/2012 | Photocopy charges - F4003-2.1 order. | 2.80 |
| 08/10/2012 | Postage - F4003-2.1 order. | 1.95 |
| 08/13/2012 | Photocopy charges - F-40032.1 order. | 3.20 |
| 08/13/2012 | Postage - F4003-2.1 order. | 1.95 |
| | Total Expenses | 71.65 |

Advances

| Date | Description | Amount |
|---|---|---:|
| 05/09/2012 | Online legal research | 20.00 |
| | Total Advances | 20.00 |
| | Total Current Work | 2,469.15 |
| | Balance Due | $2,469.15 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---:|---:|---:|---:|---:|
| 2,377.50 | 71.65 | 20.00 | 0.00 | 0.00 |

| In re:<br>**Joseph David Vidal**<br>**Ludivina Villegas**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:12-bk-16592-SK** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**30 No. Raymond Ave., Suite 801**
**Pasadena, CA 91103**

A true and correct copy of the foregoing document entitled (*specify*):  **AMENDED NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER APPROVING SUPPLEMENTAL ATTORNEYS' FEES; DECLARATIONS OF JOSEPH DAVID VIDAL, LUDIVINA VILLEGAS AND DHEERAJ SINGHAL IN SUPPORT THEREOF; TRUSTEE'S RECOMMENDATION**
**FORM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/02/2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> Patti H Bass / ecf@bass-associates.com
> Kathy A Dockery (TR) / efiling@CH13LA.com
> Dheeraj K Singhal / dksinghal@dcdmlawgroup.com
> United States Trustee (LA) / ustpregion16.la.ecf@usdoj.gov
> Kristin S Webb / bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **01/02/2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **Honorable Sandra R. Klein**
> 255 E. Temple Street, Suite 1582 / Courtroom 1575
> Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 2, 2013** | **Dheeraj K. Singhal 217299** | **/s/ Dheeraj K. Singhal** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **9013-3.1.PROOF.SERVICE**

| In re: **Joseph David Vidal** **Ludivina Villegas** Debtor(s). | CHAPTER **13** CASE NUMBER **2:12-bk-16592-SK** |
|---|---|

**2. SERVED BY UNITED STATES MAIL**:

Joseph David Vidal
431 N. Milton Drive
San Gabriel, CA 91775

Ludivina Villegas
431 N. Milton Drive
San Gabriel, CA 91775

Dheeraj K. Singhal
DCDM Law Group, PC
30 No. Raymond Ave., Suite 801
Pasadena, CA 91103

Am Honda Fin
6261 Katella Ave Ste 1a
Cypress, CA 90630

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

California EDD
Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

California Franchise Tax Board
Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Chase
Po Box 15298
Wilmington, DE 19850

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Dsnb Bloom
Macy's Bankruptcy Dept.
9111 Duke Blvd.
Mason, OH 45040

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Expo/cbsd
Citicards Private Label-Bankruptcy
Po Box 20483
Kansas City, MO 64195

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Hsbc/bstby
Po Box 5253
Carol Stream, IL 60197

Hsbc/saks
140 W Industrial Dr
Elmhurst, IL 60126

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20809
Fountain Valley, CA 92728

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nordstrom FSB
Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155

Nordstrom FSB
Recovery/ Bankruptcy Department
Po Box 6555
Englewood, CO 80155

Volkswagon Credit Inc
Attention Bankruptcy
1401 Franklin Blvd
Libertyville, IL 60048

VW Credit, Inc.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dheeraj K. Singhal<br>DCDM Law Group, PC<br>30 No. Raymond Avenue<br>Suite 801<br>Pasadena, CA 91103<br>(626) 689-2407 Fax: (626) 689-2205<br>217299<br>☐ Attorney for: | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Joseph David Vidal<br>Villegas Ludivina<br><br>Debtor(s). | CASE NO.: 2:12-bk-16592-SK<br>CHAPTER: 13<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists                  Date Filed: 12/12/2012
☒ Amendment to the petition, statement of affairs, schedules or lists Date Filed:
☒ Other: Supplemental Attorney Fee Application                        Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/ Joseph David Vidal                                   Date 12/12/2012
*Signature of Signing Party*
Joseph David Vidal
*Printed Name of Signing Party*
/s/ Villegas Ludivina                                    Date 12/12/2012
*Signature of Joint Debtor*
Villegas Ludivina
*Printed Name of Joint Debtor*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Dheeraj K. Singhal                                   Date 12/12/12
*Signature of Attorney for Signing Party*
Dheeraj K. Singhal 217299
*Printed Name of Attorney for Signing Party*

---

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.